## JONES *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 44, September Term, 1959.]

*Decided December 21, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

604

PER CURIAM.

For the reasons stated in the opinion of Judge Warnken of the court below, this application for leave to appeal under the Uniform Post Conviction Procedure Act is denied.